LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

October 6, 2022

**Via ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY F...
> DOC #:
> DATE FILED: 10/7/22

**Re:** **United States v. Levon Avinger**
       **7:22-mj-07548-UA**

Dear Judge McCarthy:

On or about September 16, 2022, the undersigned was appointed to represent Mr. Levon Avinger in the above matter.  On September 28, 2022, a detention hearing was held before your Honor and at the conclusion of the detention hearing, the Court ordered the defendant released on conditions.  One of the conditions that the Court set was that the unsecured appearance bond entered into by the defendant be co-signed by three financially responsible persons (hereinafter "FRPs"), which persons would be interviewed by the government prior to being confirmed as FRPs.

The Court ordered that the bond conditions be completed prior to October 6, 2022. As a result of some difficulties in having one or more FRPs interviewed prior to that date, the undersigned respectfully requests addition time to have the proposed FRPs interviewed.  The undersigned requests that the Court modify its September 28, 2022 Order to permit the completion of the bond requirements by October 14, 2022.

*Government Consents.*

APPLICATION GRANTED

BDK/mr    Hon. Paul E. Davison, U.S.M.J.

10-7-22

cc:    Jennifer Ong, Esq.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
LEVON AVINGER

Respectfully submitted,

___/s/ *Bruce D. Koffsky*___
Bruce D. Koffsky