**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660**

October 13, 2022

**Via ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

**Re:** United States v. Levon Avinger
7:22-mj-07548-UA

Dear Judge McCarthy:

**APPLICATION GRANTED.**

**SO ORDERED.**

_/s/ Andrew Krause_
_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: October 13, 2022

      On or about September 16, 2022, the undersigned was appointed to represent Mr. Levon Avinger in the above matter.  On September 28, 2022, a detention hearing was held before your Honor and at the conclusion of the detention hearing, the Court ordered the defendant released on conditions.  One of the conditions that the Court set was that the unsecured appearance bond entered into by the defendant be co-signed by three financially responsible persons (hereinafter "FRPs"), which persons would be interviewed by the government prior to being confirmed as FRPs.

      The government has now interviewed several individuals put forward as FRPs.  After discussions with the government, the undersigned requests that the Court modify its Order to permit the unsecured appearance bond to be co-signed by two (2) FRPs rather than 3.  AUSA Jennifer Ong has indicated that the government has no objection to this request.

                                      RESPECTFULLY SUBMITTED,

                                      THE DEFENDANT,
                                      LEVON AVINGER

                                      Respectfully submitted,

                                      __/s/ *Bruce D. Koffsky*__
                                      Bruce D. Koffsky

BDK/me

cc:     Jennifer Ong, Esq.